*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

VICKI SAUGEY                                                                                    PLAINTIFF
as Administratrix of the Estate of Doyce McNew

vs.                                    CASE NO.  4:09cv00220 JMM

PAUL KAUFMAN                                                                                DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.  The jury trial scheduled February 8, 2010, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice.

If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 30th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE